UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA ROBISON, et al., | ) Case No.: 1:18-cv-01549- JLT |
| Plaintiffs, | ) ORDER AFTER NOTICE OF SETTLEMENT |
| v. | ) (Doc. 34) |
| GENERAL MOTORS LLC, | ) |
| Defendant. | ) |

The parties have filed a "Joint Notice of Settlement." (Doc. 34) They indicate they will seek a dismissal of this action once the terms of the settlement are completed. Thus, the Court **ORDERS**:

1. The terms of the settlement agreement, including surrender of the vehicle and payment of any sums due SHALL be completed within 60 days;

2. Within 60 days, the parties will either agree on the attorney's fees and costs to be paid plaintiffs' counsel or the plaintiffs' attorneys SHALL file a motion for fees and costs;

3. If a fee motion is not filed within 60 days, the parties SHALL file a joint request for dismissal of the action within 60 days.

///

///

///

///

1

**Counsel and the parties are advised that the Court does not anticipated extending the deadlines set forth here.  They SHALL NOT seek extension of these deadlines without a showing of good cause, which includes an explanation detailing any failure to comply with the deadlines.**

IT IS SO ORDERED.

Dated:   **October 19, 2020**                         /s/ Jennifer L. Thurston
                                                                         UNITED STATES MAGISTRATE JUDGE