**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VIRGINIA ROBISON and LARRY ROBISON<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS LLC, a Delaware limited liability company, and DOES 1 through 10, inclusive, | **CASE NO** : **1:18-cv-01549-JLT**<br><br>[~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br>(Doc. 36) |

   The Joint Stipulation is approved. The entire action is hereby dismissed with prejudice.

IT IS SO ORDERED.

   Dated:   **December 16, 2020**            **/s/ Jennifer L. Thurston**
                                      UNITED STATES MAGISTRATE JUDGE